UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

GIAN PIERO MAZZI                                    Chapter 13
SSN:   ###-##-4420

           Debtor                        Case No. 14-14592-RGM


## ORDER OF DISMISSAL

      This matter came on by request of the Trustee for Dismissal of this proceeding pursuant to 11 U.S.C. 1307.  Notice thereof having been given in accordance with Rule 2002, and it appearing to the court that adequate cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be dismissed, it is

      ORDERED, that these proceedings under Chapter 13 of the Code be and they hereby are dismissed, and it is further

      ORDERED, that the debtor(s) pay the balance of the filing fee in the amount of $ 0.00     to the Clerk of Court within ten (10) days of the date of this order; and it is further

      ORDERED, that any interest earned and attributable to Plan payments made in this Chapter 13 case is hereby awarded to the office of the Chapter 13 Trustee of this Court as actual and necessary expenses pursuant to 11 U.S.C.  330(a)(1)(B), and it is further

      ORDERED, that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The Trustee need not file a final report in this case unless property or money is administered.

      If the debtor(s) has been making payments by payroll deduction, the employer as set forth in that Order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

May 4 2015                                         /s/ Robert G. Mayer
                                                   Robert G. Mayer
                                                   U. S. Bankruptcy Judge

Entered on Docket: May 4, 2015

I Ask For This:                                    Seen:


_/s/ Thomas P. Gorman_____            _/s/ Richard G. Hall_____
Thomas P. Gorman                            Richard G. Hall, Esq.
Chapter 13 Trustee                          Counsel for Debtor
300 North Washington Street, Ste. 400       7369 McWhorter Place, Ste. 412
Alexandria, VA 22314                        Annandale, VA 22003
(703) 836-2226
VSB #26421

<u>Local Rule 9022-1(C) Certification</u>

  The foregoing order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

<u>/s/ Thomas P. Gorman </u>
Thomas P. Gorman, Chapter 13 Trustee

Order of Dismissal, page 3
Gian Piero Mazzi
Case #14-14592-RGM

**PARTIES TO RECEIVE COPIES**

Gian Piero Mazzi
Chapter 13 Debtor
14044 Compton heights Court
Clifton, VA 20124

Richard G. Hall, Esq.
Attorney for Debtor
7369 McWhorter Place
Ste. 412
Annandale, VA 22003

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314